469 A.2d 297

Commonwealth v. Jones, Jr., Appellant.

Submitted November 8, 1983. John P. Dohanich, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.